**Barbara Kuhne, appellant, v. The Sanitary District of Chicago, appellee. Gen. No. 24,898.**

Action of trespass on the case to recover damages for injury to crops, timber and pasturage, by overflow. Judgment for defendant. Appeal from the Circuit Court of Cook county; the Hon. Oscar E. Heard, Judge, presiding. Heard in the Branch Appellate Court at the April term, 1918. Affirmed. Opinion filed December 2, 1919.

Warren Pease, for appellant. Edmund D. Adcock, for appellee; Edmund D. Adcock, Ross C. Hall and Walter E. Beebe, of counsel.

Mr. Justice Gridley delivered the opinion of the court.

---

**The People of the State of Illinois, defendant in error, v. Tony Minga, plaintiff in error. Gen. No. 24,944.**

Contempt proceeding. Judgment of guilty. Error to the Criminal Court of Cook county; the Hon. Marcus A. Kavanagh, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1919. Reversed. Opinion filed December 2, 1919.

Bernard Margolis, for plaintiff in error. Maclay Hoyne, for defendant in error.

Mr. Justice Gridley delivered the opinion of the court.

---

**James Helegda, defendant in error, v. Mary Helegda, individually and as executrix of the estate of Joseph Helegda, deceased, plaintiff in error. Gen. No. 23,999.**

Bill for accounting and partition of real estate. Decree for complainant. Error to the Circuit Court of Cook county; the Hon. Jesse A. Baldwin, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Affirmed in part, reversed in part and remanded. Opinion filed December 3, 1919.

Charles V. Barrett and Myer S. Emrich, for plaintiff in error. Beach & Beach and Otto H. Beutler, for defendant in error.

Mr. Presiding Justice Thomson delivered the opinion of the court.

---

**Charles M. Rogers et al., surviving partners of Rogers & Rollo, appellants, v. Edward M. Flint et al., appellees. Gen. No. 24,558.**

Action on insurance solicitor's bond. Judgment for defendants. Appeal from the Circuit Court of Cook county; the Hon. Charles M. Walker, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Reversed and remanded. Opinion filed December 3, 1919.

Wolseley & Ball and G. A. Buresh, for appellants. Charles B. Stafford, for appellees.

Mr. Presiding Justice Thomson delivered the opinion of the court.